FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 10, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNTERS LEWIS LOVE,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF WASHINGTON, CITY OF SPOKANE,<br><br>    Defendants. | No. 2:25-CV-00314-SAB<br><br>**ORDER DISMISSING COMPLAINT; CLOSING FILE** |

On August 19, 2025, Plaintiff filed a Civil Complaint. ECF No. 1, but failed to submit the required filing fee or submit the appropriate Application to Proceed In Forma Pauperis (IFP). On the same day, Plaintiff was instructed by the Clerk's Office that the failure to pay the fee or submit an IFP by September 2, 2025 would result in the dismissal of this action. ECF No. 3.

Plaintiff has not filed anything in response to the Clerk's Office directive.

//
//
//
//
//
//
//

**ORDER DISMISSING COMPLAINT; CLOSING FILE ~ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1.  Plaintiff's Civil Complaint, ECF No. 1, is **dismissed** without prejudice, for failure to prosecute.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to Plaintiff, and **close** the file.

**DATED** this 10th day of September 2025.



_____
Stan Bastian
Chief United States District Judge

**ORDER DISMISSING COMPLAINT; CLOSING FILE ~ 2**