FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 24, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNTERS LEWIS LOVE,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF WASHINGTON, CITY OF SPOKANE,<br><br>    Defendants. | No. 2:25-CV-00314-SAB<br><br>**ORDER DISMISSING ACTION; CLOSING FILE** |

On February 20, 2025, Plaintiff filed a Notice of Voluntary Dismissal. ECF No. 22.

Accordingly, **IT IS HEREBY ORDERED**:

1. Pursuant to Fed. R. Civ. P. 41, and Plaintiff's Notice of Voluntary Dismissal, the above-captioned case is **dismissed**, without prejudice.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to Plaintiff and counsel, and **close** the file.

**DATED** this 24th day of February 2026.



Stan Bastian
Chief United States District Judge

**ORDER DISMISSING COMPLAINT; CLOSING FILE ~ 1**